**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 12-cr-00483-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GUADALUPE SAENZ-JURADO,

    Defendant.

_____

**ORDER**
_____

    PURSUANT to and in accordance with Order entered by the Honorable Christine M. Arguello on May 1, 2013, it is

    ORDERED that Defendant Guadalupe Saenz-Jurado is sentenced to TIME SERVED.

    DATED: May 1, 2013

                            BY THE COURT:

                            Christine M. Arguello
                            United States District Judge